IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BENJAMIN SETH RAMEY,        )
                            )
    Plaintiff,              )
                            )
v.                          )   CIVIL ACTION NO. 5:16-CV-561 (MTT)
                            )
Commissioner HOMER BRYSON, *et al.*,  )
                            )
                            )
    Defendants.             )
                            )

## ORDER

Before the Court is the Recommendation (Doc. 6) of U.S. Magistrate Judge Stephen Hyles. Pursuant to 28 U.S.C. § 1915A(a), the Magistrate Judge has performed a screening of Plaintiff Benjamin Seth Ramey's Complaint (Doc. 1). The Magistrate Judge recommends that the Plaintiff's claims against Defendants Commissioner Homer Bryson, Warden Caldwell, Warden Toby, Otis Stanton, and Hancock State Prison "Tier Two Classification Committee" be allowed to proceed for further factual development. Doc. 6 at 6, 7-8. Meanwhile, the Magistrate Judge recommends the Plaintiff's claims against Defendant John Doe Investigator be dismissed. Doc. 6 at 6-7. The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's claim against John Doe Investigator is **DISMISSED**

**without prejudice**.[1] The Plaintiff's claims against the remaining defendants are allowed to proceed for further factual development.

It is **ORDERED** that service be made on Defendants Commissioner Bryson, Warden Caldwell, Warden Toby, Stanton, and Hancock State Prison "Tier Two Classification Committee" and that they file an answer or such other response as may be appropriate under Fed. R. Civ. P. 12, 28 U.S.C. § 1915, and the Prison Litigation Reform Act. The Defendants are also reminded of the duty to avoid unnecessary service expenses and of the possible imposition of expenses for failure to waive service. The Plaintiff is reminded of his duty to keep the Clerk of Court and all opposing attorneys advised of his current address, duty to prosecute this action, and the provisions regarding discovery in the Magistrate Judge's order.

**SO ORDERED** this 13th day of June, 2017.

S/ Marc T. Treadwell  
MARC T. TREADWELL, JUDGE  
UNITED STATES DISTRICT COURT

---

[1] The Plaintiff's claims against Defendant John Doe Investigator appear to relate to the Defendant's involvement in the Georgia Department of Corrections investigation that led to the Plaintiff being placed in Tier II segregation. *See* Doc. 1 at 15-16. Apparently, the investigation stemmed from an incident that occurred on October 12, 2016. *See* id. at 14-21.